IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MARCOS LEDESMA,

    Petitioner,               No. 2:12-cv-2169 MCE AC P

    vs.

RON BARNES,

    Respondent.          <u>ORDER</u>

                                /

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 7, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall file an opposition to the motion to dismiss within thirty days. Petitioner is cautioned that failure to file

////

////

////

an opposition to the pending will result in a recommendation that this action be dismissed.

DATED: February 6, 2013.

_/ s / Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;lede2169.46.hab